FILED: November 12, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4789
(8:17-cr-00242-PWG-1)
_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

JOVON LOVELLE MEDLEY

　　　　Defendant - Appellant

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for oral argument during the court's

January 26-29, 2021, oral argument session.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>